NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00289-JAD-NJK |
| Plaintiff, | STIPULATION TO CONTINUE RESPONSE DEADLINE |
| vs. | (First Request) |
| NICHOLAS EDDARDS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America, and BRIAN SMITH, Esq., counsel for defendant EDDARDS:

THAT THE RESPONSE DEADLINE CURRENTLY DUE ON March 31, 2020, be extended to April 10, 2020.

On March 17, 2020, defendant EDDARDS filed his motion to suppress. ECF No. 39. Counsel for the Government will be on military leave until March 27, 2020. The trial is currently scheduled July 28, 2020 and extending the deadline will not delay the trial. Counsel for defendant EDDARDS agrees to this extension.

This is the first request for an extension of the response deadline.

DATED this 18th day of March, 2020.

                NICHOLAS A. TRUTANICH
                United States Attorney

                */s/ Christopher Lin*
                CHRISTOPHER LIN
                Assistant United States Attorney

                */s/ Brian Smith*
                BRIAN SMITH, ESQ.
                Counsel for Defendant EDDARDS

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:19-cr-00289-JAD-NJK |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE RESPONSE |
| vs. | ) | DEADLINE |
| | ) | |
| NICHOLAS EDDARDS, | ) | |
| | ) | |
| Defendant. | ) | |

The Court GRANTS the parties' stipulation to continue the United States' deadline to respond to Defendant's motion to suppress. Docket No. 41. The United States' response is due no later than April 10, 2020. Defendant's reply is due no later than April 17, 2020.

IT IS SO ORDERED.

DATED: March 18, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE