# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS EDDARDS,<br><br>    Defendant. | Case No.: 2:19-cr-00289-JAD-NJK<br><br>**Order** |

On July 14, 2020, the Court set an evidentiary hearing on Defendant's motion to suppress evidence, Docket No. 39, for August 3, 2020, at 10:00 a.m., in courtroom 3C. Docket No. 48. The Court also ordered defendant counsel to file, no later than July 20, 2020, notice on the record as to whether Defendant waives his right to personal appearance and consents to appear via video link. *Id*. at 1.

On July 20, 2020, counsel filed a statement on the record attesting that he has attempted to contact Defendant regarding waiver of his right to appear in person at the evidentiary hearing. Docket No. 49. Counsel represents that he has been unable to speak with his client due to a quarantine at the facility in which he is housed. *Id*.

The Court therefore **ORDERS** that, no later than **July 30, 2020**, counsel shall file notice on the record as to whether Defendant waives his right to personal appearance at the August 3, 2020, evidentiary hearing, and consents to appear via video link.

IT IS SO ORDERED.

DATED: July 22, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE