# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00289-JAD-NJK |
|---|---|
| Plaintiff, | **Order Granting Stipulation** |
| v. | (Docket No. 52) |
| NICHOLAS EDDARDS, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to continue the evidentiary hearing on Defendant's motion to suppress evidence, currently set for August 3, 2020. Docket No. 52. For good cause shown, the Court GRANTS the parties' stipulation.

The Court CONTINUES the evidentiary hearing on Defendant's motion to suppress evidence, Docket No. 39, to September 11, 2020, at 1:30 p.m., in courtroom 3C.

IT IS ORDERED that all counsel shall be personally present in the courtroom.

IT IS FURTHER ORDERED that, no later than August 17, 2020, defense counsel shall file notice on the record as to whether Defendant waives his right to personal appearance and consents to appear via video link.

IT IS FURTHER ORDERED that, as the Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus, the following will be enforced:

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.
- Inside the courtroom, chairs, tables, and microphones that have been utilized will be cleaned after each hearing. Counsel and other attendees are encouraged to bring

disinfectant wipes to clean the surface areas utilized to their own comfort level as well.

- Hearing attendees are required to wear face masks in all public areas. *See* Amended Temporary General Order 2020-08. In addition, they are encouraged to bring and wear personal protective equipment including gloves or other protective coverings.
- Documents that will be referenced or utilized during a hearing must be emailed to the Courtroom Deputy and any other necessary recipient (e.g., opposing counsel, defendant) at least 24 hours before the hearing.
- Any necessary signed documents must be filed at least one day before the scheduled hearing as required by General Order 2020-05.
- If you do not feel well, contact the Courtroom Deputy immediately to reschedule this hearing or make arrangements to attend it remotely. DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection. Refer to Temporary General Orders 2020-02 and 2020-04 for additional courthouse-access policies and procedures.

IT IS FURTHER ORDERED that members of the public may access and listen to the hearing by calling 877-402-9757 and entering access code 6791056, no later than five minutes before the scheduled hearing start time. All members of the public must have their own phones on mute throughout the hearing and are not allowed to speak or disrupt the hearing.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

      Anyone granted remote access to a proceeding is reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

      IT IS SO ORDERED.

      DATED: July 29, 2020.

 

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE